Form 7A-1

UNITED STATES COURT OF INTERNATIONAL TRADE              FORM 7A

| |
|---|
| SURGICAL SPECIALTIES CORPORATION<br><br><br>                                        Plaintiff,<br>       v.<br><br>UNITED STATES OF AMERICA et al.<br><br><br>                                        Defendant. |

Court No. 26-03033

### NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: 7/13/2026

s/Adam E. Lyons
_____
Signature of Plaintiff's Attorney

Adam E. Lyons
_____
Attorney for Plaintiff

Brownstein Hyatt Farber Schreck, LLP
_____
Firm

675 15th Street, Suite 2900
_____
Street Address

Denver, CO 80202
_____
City, State and Zip Code

(303) 223-1251
_____
Telephone Number

alyons@bhfs.com
_____
E-mail Address

Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____

Clerk, U. S. Court of International Trade

By: _____
Deputy Clerk

Form 7A-2

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
|  |  |

Order of Dismissal

This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

Clerk, U. S. Court of International Trade

By: _____
Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; and amended Aug. 2, 2010, eff. Sept. 1, 2010; Oct. 23, 2025, eff. Dec. 1, 2025.)